Samantha J. Slark (#10774)
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Room 505A
Salt Lake City, UT 84114-5478
Telephone:  (801) 535-7788
Samantha.slark@slcgov.com

*Attorney for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JEFFREY RYANS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SALT LAKE CITY CORPORATION, SALT LAKE CITY POLICE DEPARTMENT, OFFICER NICOLAS PEARCE; OFFICER KEVIN JEWKES; and JOHN DOES 1-5,<br><br>　　　　　Defendants. | **ATTORNEYS PLANNING MEETING REPORT**<br><br>Case No. 2:22-cv-00279<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

**1.** **PRELIMINARY MATTERS**:

　　a.　Describe the nature of the claims and affirmative defenses: Plaintiff brings claims for excessive force under the Fourth Amendment of the United States Constitution and the Utah Constitution.  Defendants deny the allegations.

　　b.　This case is ____ not referred to a magistrate judge

　　　　　　__x__ referred to Magistrate Judge Cecilia Romero

　　　　　　　　__x__ under 636(b)(1)(A)

　　　　　　　　_____ under 636(b)(1)(B)

　　　　　　　_____ assigned to a magistrate judge under General Order 07-001 and

    \_\_\_\_ all parties consent to the assignment for all proceedings or

    \_\_\_\_ one or more parties request reassignment to a district judge

c. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 25, 2024, via email.

The following attended:

    Gabriel White represented the Plaintiffs.

    Samantha J. Slark represented the Defendants.

d. The parties will exchange by April 15, 2024 the initial disclosures required by Rule 26(a)(1).

e. Pursuant to Fed. R. Civ. P. 5(b)(2)(D), the parties agree to receive all items required to be served under Fed. R. Civ. P. 5(a) by either (i) notice of electronic filing, or (ii) email transmission. Such electronic service will constitute service and notice of entry as required by those rules. Any right to service by USPS mail is waived.

2. **DISCOVERY PLAN**: The parties jointly propose to the court the following discovery plan:

    a. Discovery is necessary on the following subjects: The Plaintiff's claims and damages. The Defendant's defense and affirmative defenses.

    b. Discovery Phases: Discovery will not be conducted in phases.

    c. Designate the discovery methods to be used and the limitations to be imposed.

        (1) Oral Exam Depositions

            Plaintiff 10

            Defendant 10

            Maximum number of hours per deposition 7.

        (2) Interrogatories 25

            Admissions 25

            Requests for production of documents 25

        (3) Other discovery methods: None.

    d.    Discovery of electronically stored information should be handled as follows: Parties will provide electronically stored information on an appropriately formatted CD or thumbdrive.

    e.    The parties have agreed to an order regarding claims of privilege or protection as trial preparation material asserted after production, as follows: As provided by Local Rule 26-2(a).

    f.    Last day to file written discovery   10/31/2024

    g.    Close of fact discovery 11/29/2024

    h.    Final date for supplementation of disclosures under Rule 26(a)(3) and of discovery under Rule 26(e): As provided for in Rule 26(e) of the Federal Rules of Civil Procedure.

**3.    AMENDMENT OF PLEADINGS AND ADDITION OF PARTIES**:

    a.    The cutoff dates for filing a motion to amend pleadings are:

    Plaintiff(s) 09/01/2024   Defendant(s) 09/01/2024

    b.    The cutoff dates for filing a motion to join additional parties are:

    Plaintiff(s) 09/01/2024   Defendants(s) 09/01/2024

    *(NOTE:  Establishing cutoff dates for filing motions does not relieve counsel from the requirements of Fed. R. Civ. P. 15(a))*.

**4.    EXPERT REPORTS**:

    a.    The parties will disclose the subject matter and identity of their experts on:

    Party(ies) bearing burden of proof 12/13/2024

    Counter Disclosures 1/31/2025

    b.    Reports from experts under Rule 26(a)(2) will be submitted on (*specify dates):*

    Party(ies) bearing burden of proof 1/17/2025

    Counter Reports 02/28/2025

**5.    OTHER DEADLINES**:

    a.    Expert Discovery cutoff:   03/31/2025

    b.    Deadline for filing dispositive[1] or potentially dispositive motions except motions to exclude experts where expert testimony is required to prove the case. 05/01/2025

---

[1] Dispositive motions, if granted, resolve a claim or defense in the case; nondispositive motions, if granted, affect the case but do not resolve a claim or defense.

      c.    Deadline for filing partial or complete motions to exclude expert testimony including motions to exclude experts where expert testimony is required to prove the case 05/01/2025

**6.**    **ADR/SETTLEMENT**:

      a.    The potential for resolution before trial is: ___ good   X fair   ___ poor

      b.    The parties intend to file a motion to participate in the Court's alternative dispute resolution program for:   None

      c.    The parties intend to engage in private alternative dispute resolution for: None

      d.    The parties will re-evaluate the case for settlement/ADR resolution on 03/31/2025

**7.**    **TRIAL AND PREPARATION FOR TRIAL:**

      a.    The parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

      b.    This case should be ready for trial by:  June 2025

          Jury  X                Bench  _____

      c.    The estimated length of the trial is: 10 days

_/s/_ _____            Date: 3/29/24
Gabriel White
Attorney for Plaintiff
(*Signed electronically w/ Permission*)

_/s/ Samantha J. Slark_ _____          Date:3/29/24
Samantha J. Slark
Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 29th day of March, 2024 a true and correct copy of the foregoing **ATTORNEYS PLANNING MEETING REPORT** was electronically filed with the Clerk of Court, using the CM/ECF system, which sent notification to the following:

Gabriel K. White
WHITE & GARNER, LLC
370 East South Temple, Suite 200
Salt Lake City, Utah 84111
Gabriel.white@saltlakeinjuryattorney.com
*Attorneys for Plaintiff*

          */s/ Heidi Christley*