IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JEFFREY RYANS,<br><br>Plaintiff,<br><br>vs.<br><br>SALT LAKE CITY CORPORATION, SALT LAKE CITY POLICE DEPARTMENT, OFFICER NICOLAS PEARCE; OFFICER KEVIN JEWKES; and JOHN DOES 1-5,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR RULE 35 EXAMINATION**<br><br>Case No. 2:22-cv-00279-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Rule 35 Motion for Examination (Motion) (ECF 44), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Plaintiff shall submit to an examination of his physical and health condition by Dr. Bruce Newton as follows and under the following conditions:

1. A physical examination will be conducted by Dr. Bruce Newton, a Physical Medicine & Rehabilitation Specialist. The examination will take place on **July 14, 2025**, beginning at approximately **10:45 a.m.** at Alpine Orthopedic Specialist, LLC, 1521 East 3900 South, Suite 200, Salt Lake City, Utah 84124.

2. The examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical and health condition and any ongoing injuries or restrictions and the relationship thereof to the claims which are the subject of this litigation and will consist of all necessary and customary activities required to make such a determination, including but not

limited to a history of Plaintiff's physical and health issues and how they relate to the claims in this lawsuit.

3. Plaintiff may video record the examinations in any manner that will not interfere with the examination. The video recording is subject to the confidentiality agreement attached as Exhibit 1 (ECF 44-1) to the Motion that must be signed by Plaintiff and Plaintiff's counsel and any third party that records the video on behalf of Plaintiff.

4. The examination will be referred to as a "Rule 35 Examination", "Defense Medical Examination", or "DME" and not as an "Independent Medical Examination" or "IME".

5. Counsel for Defendants will provide a copy of Dr. Newton's report to Counsel for Plaintiff, if requested.

IT IS SO ORDERED.

DATED this 19 May 2025.

*[signature]*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah