Samantha J. Slark (#10774)
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Room 505A
Salt Lake City, UT 84114-5478
Telephone: (801) 535-7788
Samantha.slark@slcgov.com

*Attorney for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| JEFFREY RYANS,<br><br>Plaintiff,<br><br>vs.<br><br>SALT LAKE CITY CORPORATION, SALT LAKE CITY POLICE DEPARTMENT, OFFICER NICKOLAS PEARCE; OFFICER KEVIN JEWKES; and JOHN DOES 1-5,<br><br>Defendants. | STIPULATED MOTION TO REQUEST SETTLEMENT CONFERENCE<br><br>Case No. 2:22-cv-00279<br><br>Judge Howard C. Nielson, Jr. |

Pursuant to DUCivR 16-3 and 28 U.S.C. § 636(b)(1), Plaintiff Jeffrey Ryans and Defendants Salt Lake City Corporation, Officer Nickolas Pearce, and Officer Kevin Jewkes, by and through their respective counsel, hereby stipulate and jointly move the Court to refer the above-captioned matter for a settlement conference. If possible, the parties specifically request a settlement conference before Magistrate Judge Cecilia Romero or Magistrate Judge Jared Bennett because the parties believe that given the subject matter and the parties involved in this matter a settlement conference before one of these Magistrate Judges offers the parties the best chance of a successful mediation.

DATED this 2nd day of September, 2025.

            SALT LAKE CITY CORPORATION

            */s/  Samantha J. Slark*
            Attorney for Defendants

DATED this 2nd day of September, 2025.

            THE LEGAL BEAGLE

            */s/  Gabriel White*
            Attorney for Plaintiff
            (Signed electronically w/ permission)

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September, 2025 a true and correct copy of the foregoing **STIPULATED MOTION TO REQUEST SETTLEMENT CONFERENCE** was electronically filed with the Clerk of Court, using the CM/ECF system, which sent notification to the following:

Gabriel K. White
THE LEGAL BEAGLE
2150 South 1300 East, Suite 500 - #9090
Salt Lake City, Utah 84106
gabriel.white@saltlakeinjuryattorney.com
gabrielwhite99@gmail.com
gabriel.white@mylegalbeagle.com, jade.hudson@mylegalbeagle.com
*Attorney for Plaintiff*


            */s/  Heidi Christley*