# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JEFFREY RYANS,<br><br>  Plaintiff,<br><br>vs.<br><br>SALT LAKE CITY CORPORATION, SALT LAKE CITY POLICE DEPARTMENT, OFFICER NICOLAS PEARCE; OFFICER KEVIN JEWKES; and JOHN DOES 1-5,<br><br>  Defendants. | **ORDER AWARDING ATTORNEY'S FEES**<br><br>Case No. 2:22-cv-00279-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

This matter came before the court on Defendants' Motion for Short Form Discovery (Motion) (ECF 50). The court issued a Memorandum Decision and Order (ECF 52) granting the Motion, ordering Plaintiff or his counsel to pay the $700 no-show fee for Plaintiff's Rule 35 exam, and awarding Defendants their attorney fees for filing the Motion, as established by declaration. Having reviewed the Declaration (ECF 57) submitted by Counsel for Defendants, the following Order is entered:

IT IS HEREBY ORDERED that Defendants are awarded attorney fees against Jeffrey Ryans and Gabriel White in the amount of **$1,412.15** incurred by Defendants in researching, preparing and filing the motion to recover the no-show fee. This amount is in addition to the $700 for the no-show fee as awarded in the Memorandum Decision and Order (ECF 52).

DATED this 10 November 2025.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah